# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BEACON NAVIGATION GMBH, <br><br> Plaintiff, <br><br> vs. <br><br> SAAB AUTOMOBILE AB AND SAAB CARS NORTH AMERICA INC., <br><br> Defendants. | Civil Action No.  2:13-cv-11505-PJD-MAR <br> Civil Action No.  2:13-cv-11506-PJD-MAR <br><br> Hon. Patrick J. Duggan <br> Mag. Mark A. Randon |

## ORDER

On this 5th day of August, 2013, the Court having reviewed Plaintiff Beacon Navigation GmbH's Motion To Dismiss Saab Defendants Without Prejudice ("Plaintiff's Motion");

**IT IS SO ORDERED** that:

1. Plaintiff's Motion is GRANTED,

2. Defendants Saab Automobile AB and Saab Cars North America Inc. are dismissed without prejudice in these cases.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 5, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, August 05, 2013, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager